**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
David C. Scott, Esq. (SBN: 225893)
Rachel S. Opatik, Esq. (SBN: 243140)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:     (619) 685-4800
Facsimile:      (619) 685-4811

Attorneys for Defendant,
OneWest Bank, FSB as successor in interest
to certain assets and liabilities of Indymac Bank, FSB

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE L. CHRISTAL, an individual,<br><br>                                                          Plaintiff,<br>vs.<br><br>INDYMAC BANK FSB, a Delaware Corp.; QUALITY LOAN SERVICE CORPORATION, a California Corp.; and JOHN & JANE DOES 1-10;<br>                                                          Defendants. | Case No.  2:08-cv-02989-JAM-KJM<br><br>**ORDER GRANTING APPLICATION FOR ORDER TO SUBSTITUTE ONEWEST BANK , FSB AS INDYMAC BANK, FSB**<br><br>Judge:   Hon. John A. Mendez |

The Application of Defendant ONEWEST BANK, FSB ("ONEWEST") AS SUCCESSOR IN INTEREST TO CERTAIN ASSETS AND LIABILITIES OF INDYMAC BANK, FSB ("INDYMAC") for an order to Substitute ONEWEST as INDYMAC, came regularly before this Court.

Having read and considered the foregoing application for order substituting party and supporting documents and good cause appearing therefor:

IT IS ORDERED THAT ONEWEST be substituted as a party to this action in the place of of INDYMAC.


Dated: _June 1, 2010                       /s/ John A. Mendez
                                                       Hon. John A. Mendez
                                                       Judge of the U.S. District Court,
                                                       For the Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com