John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
BENNIE L. CHRISTAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE L. CHRISTAL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB, QUALITY LOAN SERVICE CORPORATION, a California Corp., and DOES 1 – 10;<br><br>Defendants. | CASE NO: 2:08-cv-02989-JAM-KJM<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff BENNIE L. CHRISTAL and Defendant ONEWEST BANK, FSB have filed and served on all parties a Joint Stipulation for Dismissal with Prejudice.

IT IS ORDERED that the above-captioned action, *Christal v. OneWest Bank, FSB,* Case Number 2:09-cv-02989-JAM-KJM, be, and hereby is, dismissed with prejudice.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: August 3, 2010          /s/ John A. Mendez_____
2                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com